1   STEVEN G. KALAR
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant HAYES

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              OAKLAND DIVISION
10

11
    UNITED STATES OF AMERICA,          )   No. CR-15-00033 JD (KAW)
12                                     )
                    Plaintiff,         )   **STIPULATION AND ~~[PROPOSED]~~**
13                                     )   **ORDER TEMPORARILY MODIFYING**
    vs.                                )   **CONDITIONS OF PRETRIAL RELEASE**
14                                     )
    LASHUNDRIA HAYES,                  )   **The Honorable Kandis A. Westmore**
15                                     )
                    Defendant.         )
16  _____)

17        Defendant, LaShundria Hayes, through her counsel, Assistant Federal Public Defender

18  Angela M. Hansen, and Assistant United States Philip Kopczynski, stipulate and agree that the

19  Court should modify the conditions of Ms. Hayes' release to allow her to travel to Las Vegas,

20  Nevada for three days in early September.

21        On January 29, 2015, Ms. Hayes made an initial appearance in the above-captioned case

22  and she was arraigned on an Indictment charging her with access device fraud and other crimes.

23  On that same date, the Court released Ms. Hayes on an unsecured bond.  Ms. Hayes has been on

24  pretrial release for nearly eight months without incident.

25        Ms. Hayes respectfully requests that the conditions of her pretrial release be temporarily

26  modified to allow her to travel out of the district to Las Vegas, Nevada for a family reunion on

1    September 4, 2015 through and including September 7, 2015.  Ms. Hayes is driving and will

2    need also to travel through other districts to arrive at her destination.  Her supervising Pretrial

3    Services Officer, Victoria Gibson, has no objection to this request, and Ms. Hayes plans to

4    provide Ms. Gibson with the exact address of where she will be staying while out of the district.

5        Government counsel has no objection to this request to temporarily modify Ms. Hayes'

6    pretrial release.  The parties agree that all other conditions of Ms. Hayes' pretrial release shall

7    remain in effect.

8

9    August 19, 2015                         _____/S/_____
                                          ANGELA M. HANSEN
                                          Assistant Federal Public Defender

10

11    August 19, 2015                         _____/S/_____
                                          PHILIP KOPCZYNSKI

12                                           Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10

11   UNITED STATES OF AMERICA,              )   No. CR-15-00033 JD (KAW)
                                            )
12                      Plaintiff,          )   [PROPOSED] ORDER TEMPORARILY
                                            )   MODIFYING CONDITIONS OF
13   vs.                                    )   PRETRIAL RELEASE
                                            )
14   LASHUNDRIA HAYES,                      )
                                            )   The Honorable Kandis A. Westmore
15                      Defendant.          )
     _____)

16

17

18          For the reasons set forth in the stipulation of the parties above, it is ordered that Pretrial

19   Services is authorized to allow defendant LaShundria Hayes to travel out of the district to Las

20   Vegas, Nevada, and to travel through the districts on her drive between the Northern District of

21   California and her destination, on September 4, 2015 through and including September 7, 2015.

22   All other conditions of Ms. Hayes' pretrial release shall remain in effect.

23
     August 19, 2015
24
                                                     United States Magistrate Judge
25

26